# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.                                                                                   5:25-cr-13-TPB-PRL

**COREY WILKERSON,**
    Defendant.

---

## ORDER OF TEMPORARY DETENTION

A Detention Hearing for the above defendant is scheduled for the following:

| **Place:** United States Courthouse<br>207 N.W. Second Street<br>Ocala, Florida 34475 | **Courtroom No:** 1A |
|---|---|
| | **Date and Time:** January 28, 2025 at 2:30 pm |

**IT IS ORDERED:** Pending this hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: January 27, 2025

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies to:

Counsel of Record
United States Marshal
United States Pretrial Services