UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

                                    CASE NO. 5:25-cr-13-TPB-PRL

v.

COREY WILKERSON

## GOVERNMENT'S DISCOVERY NOTICE

The United States, in compliance with this Court's Scheduling Order (Doc. 11) (the "Scheduling Order"), hereby notifies the Court as follows:

## NOTICE

As of the date of filing this Notice, the United States has provided to defense counsel all discovery materials presently in the possession of government counsel that fall within Rule 16 and/or the Scheduling Order, including, but not limited to those items set forth in Paragraphs I(A) through I(E) and III(A) through III(C) of the Scheduling Order. The United States recognizes its continuing duty to disclose discovery that comes into counsel's possession after the date of this filing and will comply with that duty in accordance with the Scheduling Order.

Appended to this document is the discovery letter sent to defense counsel on

January 28, 2025. It contains a comprehensive description of the discovery provided.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:  /s/ *Hannah Watson*
Hannah Watson
Assistant United States Attorney
Florida Bar No. 0123632
35 SE. 1st Ave., Suite 300
Ocala, Florida   34471
Telephone:    (352) 547-3600
Facsimile:    (352) 547-3623
E-mail: Hannah.Watson@usdoj.gov

**U.S. v. Corey Wilkerson**                                 **Case No. 5:25-cr-13-TPB-PRL**

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Christine N. Bird, Esq.

By:  */s/ Hannah Watson*
Hannah Watson
Assistant United States Attorney
Florida Bar No. 0123632
35 SE. 1st Ave., Suite 300
Ocala, Florida   34471
Telephone:    (352) 547-3600
Facsimile:      (352) 547-3623
E-mail: Hannah.Watson@usdoj.gov

3