

**2110 First Street, Suite 3-137**
**Fort Myers, Florida 33901**
**239/461-2200**
**239/461-2219 (Fax)**

**35 SE 1st Avenue, Suite 300**
**Ocala, Florida 34471**
**352/547-3600**
**352/547-3623 (Fax)**

**U.S. Department of Justice**
*United States Attorney*
*Middle District of Florida*
_____

**Main Office**
**400 North Tampa Street, Suite 3200**
**Tampa, Florida 33602**
**813/274-6000**
**813/274-6358 (Fax)**

**300 N. Hogan Street, Suite 700**
**Jacksonville, Florida 32202**
**904/301-6300**
**904/301-6310 (Fax)**

**400 West Washington Street, Suite 3100**
**Orlando, Florida 32801**
**407/648-7500**
**407/648-7643 (Fax)**

---

**Reply to:** Ocala, FL                                                                                               HNW

January 28, 2025

Christine N. Bird, Esq.
203 E. Silver Springs Blvd.
Suite 202
Ocala, FL 34470

      Re: United States v. Corey Wilkerson
      Case No. 5:25-cr-13-TPB-PRL

Dear Mrs. Bird:

In connection with the Pretrial Discovery Order, Doc. 11, the United States is providing all the discovery materials in its possession for your review. The materials will be provided on USAfx, unless otherwise specified. If you find that any of the materials are missing or defective, please contact me and I will provide you a replacement.

Please allow the following image to exhibit the items that are being provided to you and that comprise the entire evidence file in my possession:

| Name | Date modified | Type | Size |
|---|---|---|---|
| 190708_0931 Wilkerson Interview.mp3 | 7/8/2019 9:31 AM | MP3 Format Sound | 87,184 KB |
| Discovery.pdf | 1/27/2025 5:05 PM | Adobe Acrobat D... | 29,800 KB |

For your information, should you ever wish to review any of the original discovery materials, or to inspect my file at the United States Attorney's Office, please contact me and I will gladly schedule an appointment for you. If there are any other materials that you feel you are entitled to and have not yet received, including any other items referenced in the discovery materials themselves, please contact me

1

Christine N. Bird, Esq.
January 28, 2025

and I will obtain copies on your behalf. Should you wish to examine any of the items listed as evidence either in this letter or in the discovery materials, I will gladly schedule an appointment for you.

In connection with the above-captioned case and pursuant to Rule 16(a), Federal Rules of Criminal Procedure, please be advised of the following:

1.      With respect to the substance of any oral statement which the government intends to offer in evidence at trial made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent, please be advised that there are statements contained in the materials that are provided herein.

2.      Please be advised that we may seek to introduce evidence pursuant to Rule 404(b), Federal Rules of Evidence, with regard to, inter alia, uncharged actions by the defendant.

3.      With regard to any items of physical evidence, they are available for your inspection upon prior appointment. Please call me if you wish to examine any items of evidence.

4.      We are aware of continuing discovery obligations pursuant to Rule 16(c), Federal Rules of Criminal Procedure, and we will make you aware of such materials as soon as practicable if such materials come to our attention.

5.      Pursuant to Rule 16(b), Federal Rules of Criminal Procedure, the United States requests the following:

a.      Books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are within the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in chief at the trial.  Fed. R. Crim. P. 16(b)(1)(A).

b.      Any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with the particular case, or copies thereof, within the possession or control of the defendant, which the defendant intends to introduce as evidence in chief at the trial or which were prepared by a witness whom the defendant intends to call at the trial when the results or reports relate to that witness' testimony.  Fed. R. Crim. P. 16(b)(1)(B).

c.      A written summary of testimony that the defendant intends to use under Rule 702, 703, or 705 of the Federal Rules of Evidence as evidence at trial,

2

Christine N. Bird, Esq.
January 28, 2025

describing the witnesses' opinions, the bases and reasons for those opinions and the witnesses' qualifications.  Fed. R. Crim. P. 16 (b)(1)(C).

        d.     All other materials and evidence that the United States is entitled to prior to trial as enumerated and defined in the Federal Rules of Criminal Procedure and the Court's Criminal Scheduling Order; and

        e.     The United States hereby requests notice of any defenses based on mental condition, insanity, duress, entrapment, or alibi *fourteen days after this request, pursuant to Rule 12.1(a), Federal Rules of Criminal Procedure.*

To be effective and capable of being accepted, plea offers from the United States must be in writing and contain all terms of the offer in a proposed written plea agreement.  Oral communications regarding a potential plea are merely preliminary plea discussions and do not constitute a formal plea offer from the United States.

If you have any questions concerning any of the foregoing, please do not hesitate to contact me.

        Sincerely,

        ROGER B. HANDBERG
        United States Attorney

By:        _____
        Hannah Watson
        Assistant United States Attorney

3