UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 5:25-cr-13-TPB-PRL

COREY WILKERSON

## TRIAL BRIEF

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, through the undersigned files this trial brief for the bench trial set for March 4, 2026. Doc. 61.

As an initial matter, the defendant must waive in writing his right to a trial by jury prior to the beginning of the bench trial. Fed. R. Crim. Pro. 23(a). The United States prepared a written jury trial waiver form and provided it to defense counsel. The defendant will execute the waiver in advance of the bench trial. As required by Rule 23, the United States also will consent to a bench trial in this matter. This Court may then approve the waiver of a jury trial. The United States further asks that the defendant confirm his jury trial waiver under oath and on the record prior the beginning of the bench trial.

As to the course of the bench trial, the United States has prepared and provided to defense counsel a written agreement containing stipulated facts. These stipulated facts already have been approved by the defendant and his counsel. These items will be introduced into evidence without objection by the United States at the bench trial. The Court may then consider the stipulated facts as the established facts

in this case. At the conclusion of the bench trial, the Court will then find the defendant either guilty or not guilty. Fed. R. Crim. Pro. 23(c).

Should the defendant at any point before the entry of a finding of guilty by the Court decide that he wishes instead to have a jury trial, the United States requests that such a trial be held on the next available trial term.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    /s/ Hannah Watson
       Hannah Watson
       Assistant United States Attorney
       Florida Bar No. 0123632
       35 SE 1st Avenue, Suite 300
       Ocala, Florida 34471
       Telephone:  (352) 547-3600
       Facsimile:   (352) 547-3623
       E-mail: Hannah.Watson@usdoj.gov

2

**U.S. v. Corey Wilkerson**                    **Case No. 5:25-cr-13-TPB-PRL**

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 12, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Christine N. Bird, AFPD

I hereby certify that on February 12, 2026, a true and correct copy of the foregoing document and the notice of electronic filing were sent by Hand Delivery to the following non-CM/ECF participant(s):

N/A

/s/ Hannah Watson
Hannah Watson
Assistant United States Attorney
Florida Bar No. 0123632
35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
Telephone:   (352) 547-3600
Facsimile:    (352) 547-3623
E-mail: Hannah.Watson@usdoj.gov

3