UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,          Case No. 5:25-cr-13-TPB-PRL

      Plaintiff,          ☐
      Government          ☒          ☐ Evidentiary
                                        ☒ Trial
v.                                            ☐ Other

COREY WILKERSON

      Defendant          ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Stipulation of the Parties |
| 2 | | | | File "20240218_100803"<br>*Image described on page 4 of the Stipulation of the Parties for Bench Trial* |
| 3 | | | | File "20240218_222249"<br>*Image described on page 5 of the Stipulation of the Parties for Bench Trial* |
| 4 | | | | File "image_search_1692884666097"<br>*Image described on page 5 of the Stipulation of the Parties for Bench Trial* |
| 5 | | | | File "image_search_1692884509690"<br>*Image described on page 5-6 of the Stipulation of the Parties for Bench Trial* |
| 6 | | | | File "image_search_1710303044075"<br>*Image described on pages 6-7 of the Stipulation of the Parties for Bench Trial* |
| 7 | | | | File "20240218_215807.jpg"<br>*Image described on page 7 of the Stipulation of the Parties for Bench Trial* |

Case No.: 5:25-cr-13-TPB-PRL                              Page 2 of 2 Pages

### EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 8 | | | | File "tmp-1752080216132911104-0Ajln2.jpg" *Image described on pages 7 and 9 of the Stipulation of the Parties for Bench Trial* |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |