# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                             **CASE NO: 5:25-CR-13-TPB-PRL**

**COREY WILKERSON**

| JUDGE: | Thomas P. Barber<br>United States District Judge | COUNSEL FOR GOVERNMENT: | Hannah Watson |
|---|---|---|---|
| DEPUTY CLERK: | Holly Iovino | COUNSEL FOR DEFENDANT: | Christine Bird |
| COURT REPORTER: | Rebekah Lockwood | PROBATION: | Not Required |
| SCHEDULED DATE:<br>TIME:<br>TIME IN COURT: | March 4, 2026<br>12:28 pm – 12:38 pm<br>10 Minutes | INTERPRETER: | Not Required |

## CLERK'S MINUTES BENCH TRIAL

Case called; appearances made on the record.

The Court advises Mr. Wilkerson on his rights to a jury trial. Mr. Wilkerson waives his right to trial by jury and submits a proposed Waiver of Jury Trial. The Court finds that the defendant knowingly, voluntarily and intelligently waives his right to a jury trial.

Governments Exhibits: 1- 8 Admitted. ***Exhibits will be sealed from the public docket.***

The Court found the defendant guilty of the charges and adjudicated the defendant guilty. Sentencing will be set by a separate notice for June 18, 2026.