UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 5:25-cr-13-TPB-PRL

COREY WILKERSON

## **WAIVER OF RIGHT TO TRIAL BY JURY**

I, COREY WILKERSON, the defendant in this case, state under oath that I understand I have a constitutional right to have a jury of twelve people unanimously determine whether I am guilty beyond a reasonable doubt of the charges brought against me in the indictment. However, I elect to waive my constitutional right to a trial by jury and elect to have Judge Thomas P. Barber, the district judge presiding in this case, hear the evidence (including any stipulated facts and exhibits) and determine whether the evidence proves me guilty beyond a reasonable doubt of the charge brought against me in the indictment or whether the evidence does not prove me guilty beyond a reasonable doubt, in which case I am not guilty.

In making this election to waive my right to jury trial, I further state under oath that I have had sufficient time to consult with my attorney, Christine N. Bird, about waiving my right to a trial by jury and that I am

making this election freely, voluntarily, and intelligently and not because of any promises, inducements, threats, or coercion.

_____
Corey Wilkerson
Defendant

_____
Christine N. Bird
Counsel for Defendant

Agreed by the United States of America on March __4th__, 2026.

GREGORY W. KEHOE
United States Attorney

_____
Hannah Watson
Assistant United States Attorney

Sworn to and subscribed before me on March __4th__, 2026.

_____
The Honorable Thomas P. Barber
United States District Court Judge

2