UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,                    Case No. 5:25-cr-13-TPB-PRL

    Plaintiff,                        ☐
    Government                        ☒        ☐ Evidentiary
                                            ☒ Trial
                                            ☐ Other

v.

COREY WILKERSON

    Defendant                         ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 3/4/26 | 3/4/26 | | Stipulation of the Parties |
| 2 | 3/4/26 | 3/4/26 | **SEALED** | File "20240218_100803" *Image described on page 4 of the Stipulation of the Parties for Bench Trial* |
| 3 | 3/4/26 | 3/4/26 | **SEALED** | File "20240218_222249" *Image described on page 5 of the Stipulation of the Parties for Bench Trial* |
| 4 | 3/4/26 | 3/4/26 | **SEALED** | File "image_search_1692884666097" *Image described on page 5 of the Stipulation of the Parties for Bench Trial* |
| 5 | 3/4/26 | 3/4/26 | **SEALED** | File "image_search_1692884509690" *Image described on page 5-6 of the Stipulation of the Parties for Bench Trial* |
| 6 | 3/4/26 | 3/4/26 | **SEALED** | File "image_search_1710303044075" *Image described on pages 6-7 of the Stipulation of the Parties for Bench Trial* |
| 7 | 3/4/26 | 3/4/26 | **SEALED** | File "20240218_215807.jpg" *Image described on page 7 of the Stipulation of the Parties for Bench Trial* |

Case No.: 5:25-cr-13-TPB-PRL

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 8 | 3/4/26 | 3/4/26 | SEALED | File "tmp-1752080216132911104-0Ajln2.jpg" *Image described on pages 7 and 9 of the Stipulation of the Parties for Bench Trial* |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |