UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE NO. 5:25-cr-13-TPB-PRL

COREY WILKERSON

### COURT'S VERDICT

This cause came before the Court for trial on March 4, 2026,[1] on the

Indictment entered January 21, 2025. (Doc. 1). Count One charges the defendant

with possession of obscene visual representations of the sexual abuse of children, in

violation of 18 U.S.C. § 1466A(b).

Upon consideration of the record of proceedings and the Stipulation of the

Parties filed as Government Exhibit 1 at trial, the Court adjudicates the defendant

GUILTY as to Count One of the Indictment. Sentencing will be set by separate

notice.

DONE and ORDERED in Ocala, Florida on this _____5th_____ day of March

2026.

_____
THOMAS P. BARBER
UNITED STATES DISTRICT JUDGE

---

[1] Defendant waived his right to a jury trial (Doc. 65).