UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                                   Case No. 5:25-cr-13-TPB-PRL

COREY WILKERSON

### NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The undersigned Assistant United States Attorney respectfully requests the

Clerk of Court to substitute the undersigned Assistant United States Attorney as

government co-counsel in regard to **forfeiture** proceedings in the above-styled cause,

on behalf of the United States of America, in lieu of Assistant United States Attorney

Jennifer M. Harrington.

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

By:    *s/Nicole M. Andrejko*
NICOLE M. ANDREJKO
Assistant United States Attorney
Florida Bar No. 0820601
400 West Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7560
Facsimile: (407) 648-7643
E-Mail: Nicole.Andrejko@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to counsel of record.

*s/Nicole M. Andrejko*
NICOLE M. ANDREJKO
Assistant United States Attorney