UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 5:25-cr-13-TPB-PRL

COREY WILKERSON

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Preliminary Order of Forfeiture for a Black TCL Cellphone, model: Ion V, and a Blue and black Samsung cellphone, model: SM-G986U, which were seized by law enforcement on or about July 10, 2024.

Being fully advised of the relevant facts, the Court hereby finds that the cell phones identified above were used or intended to be used to commit or to promote the commission of the offense charged in Count One of the Indictment, for which the defendant has been found guilty.

Accordingly, it is hereby:

**ORDERED, ADJUDGED, and DECREED** that for good cause shown, the United States motion (Doc. 71) is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant 18 U.S.C. § 1467 and Fed. R. Crim. P. 32.2(b)(2), the cell phones identified above are hereby forfeited to the United States for disposition according to law.

It is **FURTHER ORDERED** that:

1.      The United States will provide written notice to all third parties known to have an alleged legal interest in the cell phones and will publish notice on the internet at www.forfeiture.gov.

2.      That any person, other than Corey Wilkerson, who has or claims any right, title or interest in the cell phones must file a petition with this Court for a hearing to adjudicate the validity of their alleged interest in the cell phones. The petition should be mailed to the Clerk of the United States District Court, Ocala Division, 207 NW 2nd Street, Ocala, Florida 34475, within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier.

3.      The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited cell phones, the time, and circumstances of the petitioner's acquisition of the right, title or interest in the cell phones and any additional facts surrounding the petitioner's claim and the relief sought.

4.      After receipt of the petition by the Court, the Court will set a hearing to determine the validity of the petitioners alleged interest in the cell phones.

5.      That upon adjudication of all third-party interests in the cell phones, this Court will enter a Final Order of Forfeiture in which all interests will be addressed.

It is **FURTHER ORDERED** that this order shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

**DONE and ORDERED** in Chambers in Orlando, Florida, this 4th day of May, 2026.

_____

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Nicole M. Andrejko, AUSA
Counsel of Record

3