UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.

Case No. 5:25-cr-13-TPB-PRL

COREY WILKERSON

_____/

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

The Defendant, COREY WILKERSON, through his undersigned attorney, moves this Court to continue the Sentencing in this matter. In support of this motion, Mr. Wilkerson states the following:

1.      Mr. Wilkerson is scheduled for sentencing on June 25, 2026, in the above case.

2.      Mr. Wilkerson is charged with possessing anime images (one AI generated image of anime and cartoon images of anime) of minors engaging in sexually explicit conduct in violation of 18 U.S.C. § 1466A(b)(1).

3.      The initial Pre-Sentence Report was issued on May 20, 2026. Timely objections were filed on June 2, 2026.

4.      The proposed guideline range in the initial Pre-Sentence report is 108-135 months. There remain multiple objections to the report, including

1

6 material objections to the guideline calculations. The defendant's proposed guideline range is 15-21 months.

5.      The undersigned is seeking additional time to resolve the objections or, alternatively, to  brief argument in support of the objections.

6.       Mr. Wilkerson is on pre-trial relief and is receiving counseling. He is has remained in compliance with the terms of his supervision.

7.      The Government, through Hannah Watson, does not oppose this Motion.

## **MEMORANDUM OF LAW**

Local Rule 3.08 provides that a continuance may be allowed by order of the Court if it finds good cause.  In the instant case, the undersigned needs more time to prepare for sentencing.

WHEREFORE, Mr. Wilkerson respectfully requests this Honorable Court continue the Sentencing until the next available sentencing date.

Respectfully submitted this the 16th day of June of 2026.

Charles Pritchard, Jr.
FEDERAL DEFENDER


*s/ Christine N. Bird*
Christine N. Bird
Florida Bar No. 0971642
Assistant Federal Defender

2

201 S. Orange Avenue
Suite 300
Orlando, Florida 32801
Phone: 352-351-9157
E-Mail: Christine_bird@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Unopposed Motion to Continue Sentencing and Memorandum of Law* with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to Hannah Watson, Assistant United States Attorney, this the 16th day of June of 2026.

s/ Christine N. Bird
Christine N. Bird, Esq.

3