**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                          **Case No. 5:25-cr-13-TPB-PRL**

**COREY WILKERSON**

**UNITED STATES' MOTION FOR**
**FINAL ORDER OF FORFEITURE**

Pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of

Criminal Procedure, the United States hereby moves for a Final Order of Forfeiture

for a Black TCL Cellphone, model: Ion V, and a Blue and black Samsung cellphone,

model: SMG986U, which were seized on or about July 10, 2024. In support, the

United States submits the following.

**MEMORANDUM OF LAW**

**I.      Procedural History**

1.      On May 4, 2026, pursuant to 18 U.S.C. § 1467, the Court entered a

preliminary order of forfeiture for the above-referenced assets. Doc. 72.

2.      In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the

United States published notice of the forfeiture and of its intent to dispose of the

assets on the official government website, www.forfeiture.gov, from May 5, 2026,

continuing through June 3, 2026. Doc. 74. The publication gave notice to all third

parties with a legal interest in the assets to file with the Office of the Clerk—United

States District Court, 207 NW 2nd Street, Ocala, Florida 34475—a petition to

adjudicate their interests within 60 days of the first date of publication.

3.    No one has filed a claim to the assets and the time for doing so has expired.

## II.    Applicable Law

Pursuant to 21 U.S.C. § 853(n)(7), following the disposition of all petitions, or if no petitions are timely filed in accordance with 21 U.S.C. § 853(n)(2), "the United States shall have clear title to property that is the subject of the order of forfeiture and may warrant good title to any subsequent purchaser or transferee." 21 U.S.C. § 853(n)(7). It is then appropriate for the Court to enter a final order of forfeiture in accordance with Rule 32.2(c)(2).

As required by 21 U.S.C. § 853(n), the United States published notice of the forfeiture on the official government website, www.forfeiture.gov. Doc. 74. Publication by internet is permitted in civil cases pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Assets Forfeiture Actions, of the Federal Rules of Civil Procedure. Federal Rule of Criminal Procedure 32.2(b)(6)(C) provides that publication of notice of criminal forfeiture may be made by any means described in Supplemental Rule G(4)(a)(iv).

Publication gave notice to all those who might have an interest in the subject property of the United States' intent to dispose of the assets and gave instructions on filing a petition to adjudicate their interests in the assets. In accordance with those provisions, a person or entity had 60 days from the first date of publication to file a

petition with the District Court to adjudicate his interest. In this instance, the first date of internet publication was May 5, 2026. Accordingly, the final date for those who did not receive direct written notice to file a petition to adjudicate an interest in the assets was July 6, 2026, and the time for filing such a petition has expired.

No person, other than the defendant, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have any potential interest in the assets. No one has filed a petition or claimed an interest in the assets. The time for filing a petition has expired.

Publication having been effected, and no claim or petition to adjudicate an interest having been filed, it is now appropriate for the Court to enter a Final Order of Forfeiture for the assets.

## III.   Conclusion

The United States respectfully requests that, pursuant to 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2), the Court enter a final order forfeiting to the United States all

right, title and interest in the assets described above for disposition according to law and vesting clear title to the property in the United States.

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

By:   *s/Nicole M. Andrejko*
NICOLE M. ANDREJKO
Assistant United States Attorney
Florida Bar No. 0820601
400 West Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7560
Facsimile: (407) 648-7643
E-Mail: Nicole.Andrejko@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to counsel of record.

*s/Nicole M. Andrejko*
NICOLE M. ANDREJKO
Assistant United States Attorney