## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                  **Case No. 5:25-cr-13-TPB-PRL**

**COREY WILKERSON**

### FINAL ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Final Order of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for a Black TCL Cellphone, model: Ion V, and a Blue and black Samsung cellphone, model: SMG986U, which were seized on or about July 10, 2024.

On May 4, 2026, pursuant to 18 U.S.C. § 1467, the Court entered a preliminary order of forfeiture for the above-referenced assets. Doc. 72.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from May 5, 2026, continuing through June 3, 2026. Doc. 74. The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, 207 NW 2nd Street, Ocala, Florida 34475, a petition to adjudicate their interests within 60 days of the first date of publication. No one has filed a petition or claimed an interest in the assets and the time for filing a petition

has expired.

Accordingly, it is hereby:

**ORDERED, ADJUDGED,** and **DECREED** that for good cause shown, the United States' motion (Doc. 79), is **GRANTED**.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the assets is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

**DONE** and **ORDERED** in Ocala, Florida, this 7th day of July, 2026.

TOM BARBER
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Nicole M. Andrejko, AUSA
Counsel of Record

2