# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

---

## UNITED STATES OF AMERICA

## VS.                                           CASE NO: 5:25-cr-13-TPB-PRL

## COREY WILKERSON

| JUDGE: | Thomas P. Barber | COUNSEL FOR GOVERNMENT: | Sarah Swartzberg for Hannah Watson |
|---|---|---|---|
| DEPUTY CLERK: | Holly Iovino | COUNSEL FOR DEFENDANT: | Christine Bird |
| COURT REPORTER: | Rebekah Lockwood | PROBATION: | Irish Anderson |
| SCHEDULED DATE/TIME: | July 31, 2026 | INTERPRETER: | Not Required |

## MINUTES ON SENTENCING

Case called; Appearances placed on the record.

The defendant was found guilty by Bench Trial on March 4, 2026.

**SENTENCE IMPOSED as to Count One of the Indictment.**

**INCARCERATION: 120 Months**

**SUPERVISED RELEASE**: **15 Years**

*Special conditions of supervised release:*

Mandatory drug testing requirements are imposed.

Drug aftercare conditions imposed.

Mental health treatment conditions imposed.

Defendant shall cooperate in the collection of DNA.

**Sex offender conditions:**
Defendant shall participate in a mental health treatment program specialized for sex offenders.
Defendant shall have no direct contact with minor children
Media and computer restrictions imposed.
Defendant shall register with all sex offender registries as required by law.

Search conditions imposed.

Financial conditions imposed.

**FINE** and cost of imprisonment are waived.

**SPECIAL ASSESSMENT** of $100.00 is due immediately.

**FORFEITURE ORDERED** of those assets identified in Preliminary Order of Forfeiture entered at Doc. 72.

The defendant is **remanded** to the custody of the United States Marshal.

Defendant advised of right to appeal.

Time in court: 11:27 am – 12:02 pm; Total time in court: 35 Minutes