**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No. 5:25-cr-13-TPB-PRL**

**COREY WILKERSON**

_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Corey Wilkerson, pursuant to Fed.

R. App. P. 4(b), appeals to the United States Court of Appeals for the Eleventh

Circuit from the district court's corrected judgment and sentence filed in this

matter on August 3, 2026, at Doc. 91.

DATED this 4th day of August 2026.

                              CHARLES PRITCHARD, JR.
                              FEDERAL PUBLIC DEFENDER

                              s/*Christine N. Bird*
                              CHRISTINE N. BIRD
                              Florida Bar No. 0971642
                              Assistant Federal Defender
                              201 S. Orange Avenue, Suite 300
                              Orlando, Florida 32801
                              Telephone: 352-351-9157
                              E-Mail: Christine_bird@fd.org
                              Attorney for Defendant

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the *Notice of Appeal* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to Hannah Watson, Assistant United States Attorney, this 4th day of August 2026.

*s/ Christine N. Bird*
CHRISTINE N. BIRD
Assistant Federal Public Defender
