APPEAL,CLOSED,SL DOC

# U.S. District Court
# Middle District of Florida (Ocala)
# CRIMINAL DOCKET FOR CASE #: 5:25−cr−00013−TPB−PRL−1

Case title: USA v. Wilkerson

Date Filed: 01/21/2025

Date Terminated: 07/31/2026

---

Assigned to: Judge Thomas P. Barber
Referred to: Magistrate Judge Philip
R. Lammens

**Defendant (1)**

| | | |
|---|---|---|
| **Corey Wilkerson**<br>Benton, IL<br>*BOND*<br>*TERMINATED: 07/31/2026* | represented by | **Christine Nan Bird**<br>Office of the Federal Defender<br>201 S. Orange Avenue<br>Suite 300<br>Orlando, FL 32801<br>352−351−9157<br>Email: christine_bird@fd.org<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1466.F –<br>SELLING/TRANSFERRING<br>OBSCENE MATTER (Obscene visual representations of the sexual abuse of children)<br>(1) | IMPRISONMENT: 36 Months; SUPERVISED RELEASE: 3 Years; SPECIAL ASSESSMENT: $100.00 ***Corrected to remove that the defendant was remanded. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

1

**Plaintiff**

**USA**                                   represented by   **Hannah Watson**
DOJ–USAO
35 SE 1st Avenue
Suite 300
Ocala, FL 34471
352–547–3600
Email: hannah.nowalk@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jennifer Michele Harrington AUSA**
United States Attorney's Office
400 W. Washington Street, Suite 3100
Orlando, FL 32801
407–648–7651
Fax: 407–648–7643
Email: Jennifer.harrington2@usdoj.gov
*TERMINATED: 04/20/2026*
*Designation: Retained*

**Nicole M. Andrejko**
US Attorney's Office – FLM
Suite 3100
400 W Washington St
Orlando, FL 32801
407/648–7560
Fax: 407/648–7643
Email: nicole.andrejko@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/04/2026 | 92 | NOTICE OF APPEAL by Corey Wilkerson re 91 Amended/Corrected judgment. Filing fee not paid. (Bird, Christine) (Entered: 08/04/2026) |
| 08/03/2026 | 91 | **CORRECTED JUDGMENT as to Corey Wilkerson (1), Count 1, IMPRISONMENT: 36 Months; SUPERVISED RELEASE: 3 Years; SPECIAL ASSESSMENT: $100.00 ***Corrected to remove that the defendant was remanded. Signed by Judge Thomas P. Barber on 8/3/2026. (HAI)** (Entered: 08/03/2026) |
| 07/31/2026 | 89 | **JUDGMENT as to Corey Wilkerson (1), Count 1, IMPRISONMENT: 36 Months; SUPERVISED RELEASE: 3 Years; SPECIAL ASSESSMENT: $100.00 Signed by Judge Thomas P. Barber on 7/31/2026. (HAI)** (Entered: 07/31/2026) |
| 07/31/2026 | 88 | Minute Entry for In Person proceedings held before Judge Thomas P. Barber: SENTENCING held on 7/31/2026 for Corey Wilkerson (1), Count 1, IMPRISONMENT: 36 Months; SUPERVISED RELEASE: 3 Years; SPECIAL |

| | | |
|---|---|---|
| | | ASSESSMENT: $100.00. Court Reporter: Rebekah Lockwood (HAI) (Main Document 88 replaced on 8/3/2026) (HAI). Modified to replace with correct document on 8/3/2026 (HAI). (Entered: 07/31/2026) |
| 07/22/2026 | 82 | NOTICE OF RESCHEDULING HEARING (AS TO TIME ONLY): The Sentencing previously scheduled for 07/31/2026 is rescheduled as to Corey Wilkerson. New hearing time:Sentencing set for 7/31/2026 at 11:30 AM in Ocala Courtroom 3 A before Judge Thomas P. Barber. (HAI) (Entered: 07/22/2026) |
| 07/12/2026 | 81 | NOTICE OF RESCHEDULING HEARING (AS TO TIME ONLY): The Sentencing previously scheduled for 07/31/2026 is rescheduled as to Corey Wilkerson. New hearing time:Sentencing set for 7/31/2026 at 02:30 PM in Ocala Courtroom 3 A before Judge Thomas P. Barber. (HAI) (Entered: 07/12/2026) |
| 07/07/2026 | 80 | **FINAL ORDER OF FORFEITURE granting 79 Motion for Forfeiture of Property as to Corey Wilkerson (1). Signed by Judge Thomas P. Barber on 7/7/2026. (SRC)** (Entered: 07/07/2026) |
| 07/07/2026 | 79 | MOTION for Forfeiture of a Final Order by USA as to Corey Wilkerson. (Andrejko, Nicole) (Entered: 07/07/2026) |
| 06/16/2026 | 78 | NOTICE OF RESCHEDULING HEARING: The Sentencing previously scheduled for 06/25/2026 is rescheduled as to Corey Wilkerson. New hearing date and time:Sentencing set for 7/31/2026 at 03:30 PM in Ocala Courtroom 3 A before Judge Thomas P. Barber. (HAI) (Entered: 06/16/2026) |
| 06/16/2026 | 77 | **ENDORSED ORDER granting 76 Motion to Continue Sentencing as to Corey Wilkerson (1). The Sentencing will be rescheduled by separate notice. Signed by Judge Thomas P. Barber on 6/16/2026. (HAI)** (Entered: 06/16/2026) |
| 06/16/2026 | 76 | Unopposed MOTION to Continue sentencing by Corey Wilkerson. (Bird, Christine) (Entered: 06/16/2026) |
| 06/11/2026 | 75 | NOTICE OF RESCHEDULING HEARING (AS TO TIME ONLY): The Sentencing previously scheduled for 06/25/2026 is rescheduled as to Corey Wilkerson. New hearing time:Sentencing set for 6/25/2026 at 09:30 AM in Ocala Courtroom 3 A before Judge Thomas P. Barber. (HAI) (Entered: 06/11/2026) |
| 06/05/2026 | 74 | PROOF OF PUBLICATION as to Corey Wilkerson newspaper: Official Government Internet Site (www.forfeiture.gov) dates of publication: 30 consecutive days from May 5, 2026 and June 3, 2026. (Andrejko, Nicole) (Entered: 06/05/2026) |
| 05/04/2026 | 72 | **PRELIMINARY ORDER OF FORFEITURE granting 71 Motion for Forfeiture of Property as to Corey Wilkerson (1). Signed by Judge Thomas P. Barber on 5/4/2026. (HAI)** (Entered: 05/04/2026) |
| 04/28/2026 | 71 | MOTION for Forfeiture of a Preliminary Order by USA as to Corey Wilkerson. (Andrejko, Nicole) (Entered: 04/28/2026) |
| 04/21/2026 | 70 | NOTICE OF RESCHEDULING HEARING: The Sentencing previously scheduled for 06/18/2026 is rescheduled as to Corey Wilkerson. New hearing date and time:Sentencing set for 6/25/2026 at 02:00 PM in Ocala Courtroom 3 A before Judge Thomas P. Barber. (HAI) (Entered: 04/21/2026) |
| 04/20/2026 | 69 | Notice of substitution of AUSA. Nicole M. Andrejko substituting for Jennifer M. Harrington. (Andrejko, Nicole) (Entered: 04/20/2026) |

| | | |
|---|---|---|
| 03/05/2026 | 68 | **COURT VERDICT as to Corey Wilkerson (1) Guilty on Count 1,: Signed by Judge Thomas P. Barber on 3/5/2026. Signed by Judge Thomas P. Barber on 3/5/2026. (HAI)** (Entered: 03/05/2026) |
| 03/04/2026 | 67 | NOTICE OF HEARING as to Corey Wilkerson: Sentencing set for 6/18/2026 at 09:30AM in Ocala Courtroom 3 A before Judge Thomas P. Barber. Defendant is advised that should incarceration be imposed, he should have his affairs in order and be prepared to be taken into custody in the courtroom at the conclusion of the sentencing hearing. Self–surrender at a later date is generally not permitted absent compelling circumstances. Counsel of record and/or the United States Probation Office shall contact Chambers immediately should it be anticipated that this hearing will exceed thirty (30) minutes. (HAI) (Entered: 03/04/2026) |
| 03/04/2026 | 66 | EXHIBIT LIST by USA as to Corey Wilkerson (Attachment(s) added on 3/4/2026: # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8) (HAI). (Entered: 03/04/2026) |
| 03/04/2026 | 65 | **ORDER accepting waiver of right to trial by jury as to Corey Wilkerson Signed by Judge Thomas P. Barber on 3/4/2026.** (Entered: 03/04/2026) |
| 03/04/2026 | 64 | Minute Entry for In Person proceedings held before Judge Thomas P. Barber: BENCH TRIAL as to Corey Wilkerson completed on 3/4/2026. Court Reporter: Rebekah Lockwood (HAI) (Entered: 03/04/2026) |
| 02/26/2026 | 63 | EXHIBIT LIST by USA as to Corey Wilkerson (Watson, Hannah) (Additional attachment(s) added on 3/4/2026: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8) (HAI). (Entered: 02/26/2026) |
| 02/18/2026 | 62 | TRIAL BRIEF by USA as to Corey Wilkerson (Watson, Hannah) (Entered: 02/18/2026) |
| 02/05/2026 | 61 | NOTICE OF HEARING as to Corey Wilkerson: Bench Trial set for 3/4/2026 at 11:15 AM in Ocala Courtroom 3 A before Judge Thomas P. Barber. Defendant's presence is required. (HAI) (Entered: 02/05/2026) |
| 01/20/2026 | 60 | Minute Entry for Virtual proceedings held before Judge Thomas P. Barber: STATUS CONFERENCE as to Corey Wilkerson held on 1/20/2026. Hannah Watson appeared for the United States. Joshua Woodard appeared on behalf of Christine Bird for the defendant. This matter will proceed to a stipulated bench trial. The case will be set for the April trial term, pending a date–certain bench trial. The hearing will be set by separate notice. Hearing time: 11:09 – 11:10 (1 Minute) (Text only entry). Court Reporter: Rebekah Lockwood (HAI) (Entered: 01/22/2026) |
| 01/20/2026 | 59 | NOTICE OF HEARING as to Corey Wilkerson: For the reasons discussed, the Court finds pursuant to 18 USC 3161(h)(7)(A), that the ends of justice served by the granting of the continuance outweigh the best interest of the public and the defendant in a speedy trial, and that the period of delay resulting from the continuance is excludable. The case shall be set for the April trial term commencing 03/30/2026 in Ocala Courtroom 3 A before Judge Thomas P. Barber. Status Conference set for 3/16/2026 at 11:00 AM via Zoom Video Conference before Judge Thomas P. Barber. (Zoom invite will be emailed closer to the hearing.)(HAI) (Entered: 01/22/2026) |
| 12/15/2025 | 58 | **ORAL ORDER granting 57 Motion to Continue as to Corey Wilkerson (1) For the reasons discussed, the Court finds pursuant to 18 USC 3161(h)(7)(A), that the** |

| | | |
|---|---|---|
| | | ends of justice served by the granting of the continuance outweigh the best interest of the public and the defendant in a speedy trial, and that the period of delay resulting from the continuance is excludable. The case shall be set for the February trial term commencing 2/02/2026 in Ocala Courtroom 3 A before Judge Thomas P. Barber. Status Conference set for 1/20/2026 at 11:00 AM via Zoom Video Conference before Judge Thomas P. Barber. (Zoom invite will be emailed closer to the hearing.) Signed by Judge Thomas P. Barber on 12/15/2025. (HAI) (Entered: 12/16/2025) |
| 12/15/2025 | 57 | Oral MOTION to Continue trial by Corey Wilkerson. (HAI) (Entered: 12/16/2025) |
| 12/15/2025 | 56 | Minute Entry for Virtual proceedings held before Judge Thomas P. Barber: STATUS CONFERENCE as to Corey Wilkerson held on 12/15/2025. Hannah Watson appeared for the United States. Christine Bird appeared for the defendant. Defense Counsel requests additional time to continue discussions with the defendant. Hearing time: 11:10 am – 11:11 am (1 Minute) (Text only entry). Court Reporter: Rebekah Lockwood (HAI) (Entered: 12/16/2025) |
| 12/05/2025 | 55 | **ORDER: Defendant Corey Wilkerson's "Motion to Dismiss Count One of the Indictment as Unconstitutional" (Doc. 50) is denied. See Order for details. Signed by Judge Thomas P. Barber on 12/5/2025. (ANL)** (Entered: 12/05/2025) |
| 11/17/2025 | 54 | **ORAL ORDER granting 53 Motion to Continue as to Corey Wilkerson (1) For the reasons discussed, the Court finds pursuant to 18 USC 3161(h)(7)(A), that the ends of justice served by the granting of the continuance outweigh the best interest of the public and the defendant in a speedy trial, and that the period of delay resulting from the continuance is excludable. The case shall be set for the January trial term commencing 01/05/2026 in Ocala Courtroom 3 A before Judge Thomas P. Barber. Status Conference set for 12/15/2025 at 11:00 AM via Zoom Video Conference before Judge Thomas P. Barber. (Zoom invite will be emailed closer to the hearing.) Signed by Magistrate Judge Philip R. Lammens on 11/17/2025. (HAI)** (Entered: 11/18/2025) |
| 11/17/2025 | 53 | Oral MOTION to Continue trial by Corey Wilkerson. (HAI) (Entered: 11/18/2025) |
| 11/17/2025 | 52 | Minute Entry for Virtual proceedings held before Magistrate Judge Philip R. Lammens: STATUS CONFERENCE as to Corey Wilkerson held on 11/17/2025. Sarah Swartzberg for Hannah Watson appeared for the United States. Christine Bird appeared for the defendant. Defense counsel requests a continuance pending an order on the motion to dismiss. Hearing time: 11:12 am – 11:13 am (1 Minute) (Text only entry). Court Reporter: Rebekah Lockwood (HAI) (Entered: 11/18/2025) |
| 11/12/2025 | 51 | RESPONSE 50 MOTION to Dismiss by USA as to Corey Wilkerson (Watson, Hannah) (Entered: 11/12/2025) |
| 10/27/2025 | 50 | MOTION to Dismiss Count One of the Indictment as Unconstitutional by Corey Wilkerson. (Bird, Christine) Modified on 10/28/2025 to edit the docket text (MLB). (Entered: 10/27/2025) |
| 10/20/2025 | 49 | **ORAL ORDER granting 48 Motion to Continue as to Corey Wilkerson (1) For the reasons discussed, the Court finds pursuant to 18 USC 3161(h)(7)(A), that the ends of justice served by the granting of the continuance outweigh the best interest of the public and the defendant in a speedy trial, and that the period of delay resulting from the continuance is excludable. The case shall be set for the December trial term commencing 12/01/2025 in Ocala Courtroom 3 A before** |

| | | |
|---|---|---|
| | | **Judge Thomas P. Barber. Status Conference set for 11/17/2025 at 11:00 AM via Zoom Video Conference before Judge Thomas P. Barber. (Zoom invite will be emailed closer to the hearing.) Signed by Judge Thomas P. Barber on 10/20/2025. (HAI)** (Entered: 10/22/2025) |
| 10/20/2025 | 48 | Oral MOTION to Continue trial by Corey Wilkerson. (HAI) (Entered: 10/22/2025) |
| 10/20/2025 | 47 | Minute Entry for Virtual proceedings held before Judge Thomas P. Barber: STATUS CONFERENCE as to Corey Wilkerson held on 10/20/2025. Hannah Watson appeared for the United States. Christine Bird for the defendant. Defense Counsel requests a continuance in order to file a Motion to Dismiss on constitutional grounds. Hearing time: 11:45 am – 11:47 am (2 minutes) (Text only entry). Court Reporter: Rebekah Lockwood (HAI) (Entered: 10/22/2025) |
| 09/18/2025 | 46 | **ORAL ORDER granting 45 Motion to Continue as to Corey Wilkerson (1) For the reasons discussed, the Court finds pursuant to 18 USC 3161(h)(7)(A), that the ends of justice served by the granting of the continuance outweigh the best interest of the public and the defendant in a speedy trial, and that the period of delay resulting from the continuance is excludable. The case shall be set for the November trial term commencing 11/03/2025 in Ocala Courtroom 3 A before Judge Thomas P. Barber. Status Conference set for 10/20/2025 at 11:00 AM via Zoom Video Conference before Judge Thomas P. Barber. (Zoom invite will be emailed closer to the hearing.) Signed by Judge Thomas P. Barber on 9/18/2025. (HAI)** (Entered: 09/22/2025) |
| 09/18/2025 | 45 | Oral MOTION to Continue trial by Corey Wilkerson. (HAI) (Entered: 09/22/2025) |
| 09/18/2025 | 44 | Minute Entry for Virtual proceedings held before Judge Thomas P. Barber: STATUS CONFERENCE as to Corey Wilkerson held on 9/18/2025. Hannah Watson appeared for the United States. Christine Bird for the defendant. Defense counsel requests a continuance to possibly file any motions and possibly set for a bench trial. Hearing time: 11:16 – 11:17 (1 Minute) (Text only entry). Court Reporter: Rebekah Lockwood (HAI) (Entered: 09/22/2025) |
| 08/18/2025 | 43 | **ORAL ORDER granting 42 Motion to Continue as to Corey Wilkerson (1) For the reasons discussed, the Court finds pursuant to 18 USC 3161(h)(7)(A), that the ends of justice served by the granting of the continuance outweigh the best interest of the public and the defendant in a speedy trial, and that the period of delay resulting from the continuance is excludable. The case shall be set for the October trial term commencing 09/29/2025 in Ocala Courtroom 3 A before Judge Thomas P. Barber. Status Conference set for 09/18/2025 at 11:00 AM via Zoom Video Conference before Judge Thomas P. Barber. (Zoom invite will be emailed closer to the hearing.) Signed by Judge Thomas P. Barber on 8/18/2025. (HAI)** (Entered: 08/19/2025) |
| 08/18/2025 | 42 | Oral MOTION to Continue trial by Corey Wilkerson. (HAI) (Entered: 08/19/2025) |
| 08/18/2025 | 41 | Minute Entry for Virtual proceedings held before Judge Thomas P. Barber: STATUS CONFERENCE as to Corey Wilkerson held on 8/18/2025. Hannah Watson appeared for the United States. Christine Bird for the defendant. Defense counsel requests for a continuance to allow time to file motions and resolve the case. The case is moved to the October trial term. Hearing time: 11:24 am – 11:25 am (1 Minute) (Text only entry). Court Reporter: Sharon A. Miller (HAI) (Entered: 08/19/2025) |
| 07/14/2025 | 40 | |

| | | |
|---|---|---|
| | | **ORAL ORDER granting 39 Motion to Continue as to Corey Wilkerson (1) Jury Trial set for 9/2/2025 at 09:00 AM in Ocala Courtroom 3 A before Judge For the reasons discussed, the Court finds pursuant to 18 USC 3161(h)(7)(A), that the ends of justice served by the granting of the continuance outweigh the best interest of the public and the defendant in a speedy trial, and that the period of delay resulting from the continuance is excludable. The case shall be set for the September trial term commencing 09/02/2025 in Ocala Courtroom 3 A before Judge Thomas P. Barber. Status Conference set for 08/18/2025 at 11:00 AM via Zoom Video Conference before Judge Thomas P. Barber. (Zoom invite will be emailed closer to the hearing.) Signed by Judge Thomas P. Barber on 7/14/2025. (HAI)** (Entered: 07/14/2025) |
| 07/14/2025 | 39 | Oral MOTION to Continue trial by Corey Wilkerson. (HAI) (Entered: 07/14/2025) |
| 07/14/2025 | 38 | Minute Entry for Virtual proceedings held before Judge Thomas P. Barber: STATUS CONFERENCE as to Corey Wilkerson held on 7/14/2025. Sarah Swartzberg for Hannah Watson appeared for the United States. Christine Bird appeared for the defendant. Defense counsel requests a one–month continuance to continue reviewing the case. Hearing time: 11:15 am– 11:18 am (3 minutes) (Text only entry). Court Reporter: Rebekah Lockwood (HAI) (Entered: 07/14/2025) |
| 05/19/2025 | 37 | **ORAL ORDER granting 36 Motion to Continue as to Corey Wilkerson (1). For the reasons discussed, the Court finds pursuant to 18 USC 3161(h)(7)(A), that the ends of justice served by the granting of the continuance outweigh the best interest of the public and the defendant in a speedy trial, and that the period of delay resulting from the continuance is excludable. The case shall be set for the August trial term commencing 08/04/2025 in Ocala Courtroom 3 A before Judge Thomas P. Barber. Status Conference set for 07/14/2025 at 11:00 AM via Zoom Video Conference before Judge Thomas P. Barber. (Zoom invite will be emailed closer to the hearing.). Signed by Judge Thomas P. Barber on 5/19/2025. (HAI)** (Entered: 05/20/2025) |
| 05/19/2025 | 36 | Oral MOTION to Continue trial by Corey Wilkerson. (HAI) (Entered: 05/20/2025) |
| 05/19/2025 | 35 | Minute Entry for Virtual proceedings held before Judge Thomas P. Barber: STATUS CONFERENCE as to Corey Wilkerson held on 5/19/2025. Hannah Watson appeared for the United States. Christine Bird for the Defendant. Defense counsel requests additional time to work on the case and continue discussions with the defendant. Hearing time: 11:29 am – 11:31 am (1 Minute) (Text only entry). Court Reporter: Tracey Aurelio (HAI) (Entered: 05/20/2025) |
| 04/10/2025 | 34 | **ORDER re 25 Violation of Pretrial Release as to Corey Wilkerson. See Order for details. Signed by Magistrate Judge Philip R. Lammens on 4/10/2025. (MJT)** (Entered: 04/10/2025) |
| 04/10/2025 | 33 | Minute Entry for In Person proceedings held before Magistrate Judge Philip R. Lammens: denying 32 Oral Motion to Revoke Bond; Show Cause – BOND REVIEW HEARING as to Corey Wilkerson held on 4/10/2025. (DIGITAL) (MJT) (MJT). (Entered: 04/10/2025) |
| 04/10/2025 | 32 | ORAL MOTION to Revoke BOND by USA as to Corey Wilkerson. (MJT) (Entered: 04/10/2025) |
| 04/08/2025 | 31 | NOTICE OF HEARING as to Corey Wilkerson: SHOW CAUSE – Bond Review Hearing set for 4/10/2025 at 10:45 AM in Ocala Courtroom 1 A before Magistrate |

| | | |
|---|---|---|
| | | Judge Philip R. Lammens. Defendant is now in custody and required to be present. (MJT) (Entered: 04/08/2025) |
| 03/27/2025 | 30 | Rule 5(c)(3) documents received from the Southern District of Illinois as to Corey Wilkerson which includes: Docket Sheet, Initial Appearance Minutes, Commitment to Another District, Waiver of Rule 5 or 32.1 Hearings. (MJT) (Entered: 03/27/2025) |
| 03/24/2025 | 29 | **ORAL ORDER granting 28 Motion to Continue as to Corey Wilkerson (1) For the reasons discussed, the Court finds pursuant to 18 USC 3161(h)(7)(A), that the ends of justice served by the granting of the continuance outweigh the best interest of the public and the defendant in a speedy trial, and that the period of delay resulting from the continuance is excludable. The case shall be set for the June trial term commencing 06/02/2025 in Ocala Courtroom 3 A before Judge Thomas P. Barber. Status Conference set for 05/19/2025 at 11:00 AM via Zoom Video Conference before Judge Thomas P. Barber. (Zoom invite will be emailed closer to the hearing). Signed by Judge Thomas P. Barber on 3/24/2025. (HAI)** Modified text on 3/26/2025 (HAI). (Entered: 03/26/2025) |
| 03/24/2025 | 28 | Oral MOTION to Continue trial by Corey Wilkerson. (HAI) (Entered: 03/26/2025) |
| 03/24/2025 | 27 | Minute Entry for Virtual proceedings held before Judge Thomas P. Barber: STATUS CONFERENCE as to Corey Wilkerson held on 3/24/2025. Hannah Watson appeared for the United States. Christine Bird for the defendant. Defense counsel anticipates this case will plea and requests additional time to continue discussions with the defendant. Hearing time: 11:41 am – 11:44 am (4 minutes) (Text only entry). Court Reporter: Rebekah Lockwood (HAI) (Entered: 03/26/2025) |
| 03/10/2025 | | Arrest of Corey Wilkerson in Southern District of Illinois. (MJT) (Entered: 03/27/2025) |
| 02/11/2025 | 23 | **APPEARANCE BOND entered as to Corey Wilkerson. Signed by Magistrate Judge Philip R. Lammens on 2/11/2025. (MJT)** (Entered: 02/11/2025) |
| 02/11/2025 | 22 | **ORDER Setting Conditions of Release. Signed by Magistrate Judge Philip R. Lammens on 2/11/2025. (MJT)** (Entered: 02/11/2025) |
| 02/11/2025 | 21 | Minute Entry for In Person proceedings held before Magistrate Judge Philip R. Lammens: granting 19 *Amended* Motion for Bond; DETENTION HEARING as to Corey Wilkerson held on 2/11/2025. (DIGITAL) (MJT) (Entered: 02/11/2025) |
| 02/06/2025 | 20 | NOTICE OF HEARING as to Corey Wilkerson: Detention Hearing set for 2/11/2025 at 11:00 AM in Ocala Courtroom 1 A before Magistrate Judge Philip R. Lammens. Defendant is required to be present.(MJT) (Entered: 02/06/2025) |
| 02/05/2025 | 19 | Amended MOTION for Bond by Corey Wilkerson. (Bird, Christine) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 02/05/2025) |
| 02/05/2025 | 18 | MOTION for Bond by Corey Wilkerson. (Bird, Christine) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 02/05/2025) |
| 02/03/2025 | 17 | NOTICE OF ATTORNEY APPEARANCE Jennifer Michele Harrington appearing for USA. *for Asset Forfeiture Matters* (Harrington, Jennifer) (Entered: 02/03/2025) |
| 01/31/2025 | 16 | NOTICE OF ATTORNEY APPEARANCE: Christine Nan Bird appearing for Corey Wilkerson (Bird, Christine) (Entered: 01/31/2025) |
| 01/28/2025 | 15 | |

| | | |
|---|---|---|
| | | **ORDER OF DETENTION PENDING TRIAL as to Corey Wilkerson. Signed by Magistrate Judge Philip R. Lammens on 1/28/2025. (MJT)** (Entered: 01/28/2025) |
| 01/28/2025 | 14 | Minute Entry for In Person proceedings held before Magistrate Judge Philip R. Lammens: terminating 6 Oral Motion for Bond, granting 7 Oral Motion for Detention as to Corey Wilkerson (1); STATUS CONFERENCE/MISCELLANEOUS HEARING as to Corey Wilkerson held on 1/28/2025. (DIGITAL) (MJT) (Entered: 01/28/2025) |
| 01/28/2025 | 13 | NOTICE *of Discovery* by USA as to Corey Wilkerson re 11 Pretrial Discovery Order,. (Attachments: # 1 Discovery Letter)(Watson, Hannah) (Entered: 01/28/2025) |
| 01/27/2025 | 12 | **ORDER OF TEMPORARY DETENTION as to Corey Wilkerson: Detention Hearing set for 1/28/2025 at 02:30 PM in Ocala Courtroom 1 A before Magistrate Judge Philip R. Lammens. Signed by Magistrate Judge Philip R. Lammens on 1/27/2025. (MJT)** (Entered: 01/27/2025) |
| 01/27/2025 | 11 | **PRETRIAL discovery order and notice as to Corey Wilkerson: Jury Trial set for April trial term before Judge Thomas P. Barber. Status Conference set for 3/24/2025 at 11:00 AM via Zoom Video Conference before Judge Thomas P. Barber. Signed by Magistrate Judge Philip R. Lammens on 1/27/2025. (MJT)** (Entered: 01/27/2025) |
| 01/27/2025 | 10 | NOTICE of Standing Order Regarding Due Process Protections Act, 3:20–mc–20–TJC, Doc 1 as to Corey Wilkerson: Pursuant to the Due Process Protections Act, the Court confirms the United States' disclosure obligation under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to comply with that obligation. Violating this order may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and other sanctions. Signed by Judge Timothy J. Corrigan. (MJT) (Entered: 01/27/2025) |
| 01/27/2025 | 9 | ***CJA 23 Financial Affidavit by Corey Wilkerson. (MJT) (Entered: 01/27/2025) |
| 01/27/2025 | 8 | Minute Entry for In Person proceedings held before Magistrate Judge Philip R. Lammens: granting 6 Oral Motion to Appoint Counsel & Discovery and 7 Oral Motion for Discovery; Initial Appearance & ARRAIGNMENT as to Corey Wilkerson (1) Count 1, held on 1/27/2025. Defendant pled not guilty. (DIGITAL) (MJT) (Entered: 01/27/2025) |
| 01/27/2025 | 7 | ORAL MOTION for Discovery, ORAL MOTION for Detention by USA as to Corey Wilkerson. (MJT) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 01/27/2025) |
| 01/27/2025 | 6 | ORAL MOTION to Appoint Counsel, ORAL MOTION for Discovery, ORAL MOTION for Bond by Corey Wilkerson. (MJT) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 01/27/2025) |
| 01/27/2025 | | Arrest of Corey Wilkerson (MJT) (Entered: 01/27/2025) |
| 01/21/2025 | 3 | **ORDER granting 2 Motion to seal as to Corey Wilkerson (1). Signed by Magistrate Judge Philip R. Lammens on 01/21/25. The clerk is further ordered to unseal all documents relating to the Indictment without any further Order of the Court when any named defendant is taken into custody. (MGB)** (Entered: 01/27/2025) |
| 01/21/2025 | 2 | |

| | | |
|---|---|---|
| | | SEALED MOTION to file Indictment and Related Documents under seal by USA as to Corey Wilkerson. (MGB) (Entered: 01/27/2025) |
| 01/21/2025 | 1 | INDICTMENT returned in open court as to Corey Wilkerson (1) count(s) 1. (Attachments: # 1 Restricted Unredacted Indictment) (MGB) (Entered: 01/27/2025) |

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No. 5:25-cr-13-TPB-PRL**

**COREY WILKERSON**

_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Corey Wilkerson, pursuant to Fed.

R. App. P. 4(b), appeals to the United States Court of Appeals for the Eleventh

Circuit from the district court's corrected judgment and sentence filed in this

matter on August 3, 2026, at Doc. 91.

DATED this 4th day of August 2026.

                                        CHARLES PRITCHARD, JR.
                                        FEDERAL PUBLIC DEFENDER

                                        s/*Christine N. Bird*_____
                                        CHRISTINE N. BIRD
                                        Florida Bar No. 0971642
                                        Assistant Federal Defender
                                        201 S. Orange Avenue, Suite 300
                                        Orlando, Florida 32801
                                        Telephone: 352-351-9157
                                        E-Mail: Christine_bird@fd.org
                                        Attorney for Defendant

1

Case 5:25-cr-00013-PB-BFL Document 92 Filed 08/05/26 Page 12 of 18 PageID 347

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the *Notice of Appeal* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to Hannah Watson, Assistant United States Attorney, this 4th day of August 2026.

*s/ Christine N. Bird*
CHRISTINE N. BIRD
Assistant Federal Public Defender

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA**

**v**

**COREY WILKERSON**

**Case Number: 5:25-cr-13-TPB-PRL**

**USM Number: 57529-511**

**Christine Nan Bird**
**201 S. Orange Avenue, Suite 300**
**Orlando, FL. 32801**

## CORRECTED JUDGMENT IN A CRIMINAL CASE[1]

The defendant was found guilty to Count One of the Indictment. The defendant is adjudicated guilty of this offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Numbers |
|---|---|---|---|
| 18 U.S.C. § 1466A(b)(1) & 2252A(b)(2) | Possession of Obscene Visual Representations of the Sexual Abuse of Children | July 10, 2024 | One |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

July 31, 2026

_____
THOMAS P. BARBER
UNITED STATES DISTRICT JUDGE

August 3rd, 2026

---

[1] Corrected to remove that the defendant was remanded verbiage.

**Cory Wilkerson**
**5:25-cr-13-TPB-PRL**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **36 Months.**

  The Defendant shall surrender to the Bureau of Prisons as directed by the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

The defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
         UNITED STATES MARSHAL

By: _____
       Deputy U.S. Marshal

AO 245B (Rev. 09/19) Judgment in a Criminal Case

**Cory Wilkerson**
**5:25-cr-13-TPB-PRL**

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of **3 Years.**

## MANDATORY CONDITIONS

1.    You must not commit another federal, state or local crime.
2.    You must not unlawfully possess a controlled substance.
3.    The Mandatory drug testing requirements of the Violent Crime Control Act are waived. However, you must submit to random drug testing not to exceed two tests per week.
4.    You must cooperate in the collection of DNA as directed by the probation officer.
5.    You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

The defendant shall also comply with the additional conditions as follows.

AO 245B (Rev. 09/19) Judgment in a Criminal Case

**Cory Wilkerson**
**5:25-cr-13-TPB-PRL**

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame. After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when the defendant must report to the probation officer, and the defendant must report to the probation officer as instructed.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10   days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within **72 hours**.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.


Defendant's Signature:_____          Date:_____


AO 245B (Rev. 09/19) Judgment in a Criminal Case

Cory Wilkerson
5:25-cr-13-TPB-PRL

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

1.  The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

2.  The defendant shall provide the probation officer access to any requested financial information.

3.  The defendant shall participate in a mental health program specializing in sex offender treatment and submit to polygraph testing for treatment and monitoring purposes. The defendant shall follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third-party payment and in conformance with the Probation Office's Sliding Scale for Treatment Services.

4.  The defendant shall register with the state sexual offender registration agency(s) in any state where he or she resides, visits, is employed, carries on a vocation, or is a student, as directed by the probation officer. The probation officer will provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S.943.0435) and/or the Sex Offender Registration and Notification Act (Title I of the Adam Walsh Child Protection and Safety Act of 2006, Public Law 109-248), and may direct the defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

5.  The defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate, including: schools, daycare centers, theme parks, playgrounds, etc.

6.  The defendant is prohibited from possessing, subscribing to, or viewing, any video, magazine, or literature depicting children in the nude and/or in sexually explicit positions or ay pornography, including adult pornography

7.  Without prior written approval of the probation officer, you are prohibited from either possessing or using a computer (including a smart phone, a hand-held computer device, a gaming console, or an electronic device) capable of connecting to an online service or an internet service provider. This prohibition includes a computer at a public library, an internet cafe, your place of employment, or an educational facility. Also, you are prohibited from possessing an electronic data storage medium (including a flash drive, a compact disk, and a floppy disk) or using any data encryption technique or program. If approved to possess or use a device, you must permit routine inspection of the device, including the hard drive and any other electronic data storage medium, to confirm adherence to this condition. The United States Probation Office must conduct the inspection in a manner no more intrusive than necessary to ensure compliance with this condition. If this condition might affect a third party, including your employer, you must inform the third party of this restriction, including the computer inspection provision.

8.  The defendant shall submit to a search of his or her person, residence, place of business, any storage units under the defendant's control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

9.  The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon completion of this program, the defendant is directed to submit to random drug testing.

AO 245B (Rev. 09/19) Judgment in a Criminal Case

**Cory Wilkerson**
**5:25-cr-13-TPB-PRL**

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth in the Schedule of Payments.

| | Assessment | Restitution | Fine | AVAA Assessment[2] | JVTA Assessment[3] |
|---|---|---|---|---|---|
| **TOTALS** | $100.00, due immediately | None so ordered | Waived | Not Assessed | Not assessed |

## SCHEDULE OF PAYMENTS

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk, U.S. District Court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

## FORFEITURE

Defendant shall forfeit to the United States those assets previously identified in the Preliminary Order of Forfeiture (Doc. 72) that are subject to forfeiture.

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

---

[2] Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
[3] Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

AO 245B (Rev. 09/19) Judgment in a Criminal Case