**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                                     **Case No. 5:25-cr-13-TPB-PRL**

**COREY WILKERSON,**

    **Defendant.**

_____/

### NOTICE OF APPEARANCE

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, Corey Wilkerson, in the above-styled cause.

The Clerk is requested to enter the appearance of Ann Fitz as counsel for the Defendant for purposes of appeal.

Respectfully submitted,

Charles L. Pritchard, Jr.
Federal Public Defender

*/s/ Ann Marie Fitz*
Ann Marie Fitz, Esq.
Research & Writing Specialist
Florida Bar No. 1007949
400 North Tampa St., Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
E-mail: Ann_Fitz@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the Office of the United States Attorney.

*/s/ Ann Marie Fitz*
Ann Marie Fitz, Esq.
Research & Writing Specialist